2023-13560C

# BRENER & KRAUS, LLC

1627 ST. CHARLES AVE.<br>
NEW ORLEANS, LA 70130<br>
P (504) 302-7802<br>
F (504) 304-4759

July 13, 2023

<u>**Via Facsimile: (985) 809-8777**</u>
Clerk of Court
22nd Judicial District Court
Parish of St. Tammany
701 North Columbia Street
Covington, Louisiana 70433

  Re: The Morgan Law Group v. Matthew Averill, Brian G. Reaney, II, and Averill and Reaney Counselors at Law, LLC

To Whom It May Concern:

  Attached please find a Petition for Preliminary and Permanent Injunction and Request for Temporary Restraining Order, Grant of Temporary Restraining Order and Rule to Show Cause related to the above referenced matter. Please fax-file the attached in the court record and upon receipt of your fax confirmation we will forward the originals along with our firm check to cover the cost of filing and service via Federal Express.

  Thank you in advance for your courtesies.

Cordially yours,<br>
<i>/s/ Douglas R. Kraus</i><br>
Douglas R. Kraus

DRK/cal
Attachments

---

LISA BRENER | 1954-2019   DOUGLAS R. KRAUS PARTNER | DKRAUS@BRENERLAWFIRM.COM

SUSANNAH C. MCKINNEY PARTNER | SMCKINNEY@BRENERLAWFIRM.COM

---

FAX
JUL 12 2023
COPY

Ex A - State Court Record - p. 1

# TWENTY-SECOND JUDICIAL DISTRICT COURT FOR ST. TAMMANY PARISH

## STATE OF LOUISIANA

NO.:                                                 DIVISION " "

### THE MORGAN LAW GROUP

### VERSUS

### MATTHEW AVERILL, BRIAN G. REANEY, II, AND AVERILL AND REANEY COUNSELORS AT LAW, LLC

FILED _____        _____
                                                                             DEPUTY CLERK

************************************************************************

## PETITION FOR PRELIMINARY AND PERMANENT INJUNCTION AND REQUEST FOR TEMPORARY RESTRAINING ORDER

NOW INTO COURT, through undersigned counsel, comes The Morgan Law Group, P.A., a professional legal corporation with a principal place of business in Coral Gables, Florida who represents:

1.

The Morgan Law Group, P.A., is a professional legal corporation with a principal place of business in Coral Gables, Florida and a registered office in St. Tammany Parish, Louisiana.

2.

Made defendant herein are:

    a)    Matthew Averill, a member of Averill & Reaney Counselors at Law, LLC (hereinafter "Averill & Reaney"), and a former senior associate attorney with The Morgan Law Group, believed to be a resident of and domiciled in St. Tammany Parish;

    b)    Brian G. Reaney, II, a member of Averill & Reaney, and a former senior associate attorney with The Morgan Law Group, believed to be a resident of and domiciled in St. Tammany Parish; and

    c)    Averill & Reaney, Counselors at Law, LLC, a limited liability corporation with its principal place of business in St. Tammany Parish, Louisiana.

**FAX**

**JUL 1 2 2023**

**COPY**

3.

On June 20, 2023, while still employed by The Morgan Law Group, Matthew Averill and Brian G. Reaney, II formed and registered the limited liability corporation of Averill & Reaney Counselors at Law, LLC.

4.

On the afternoon of July 7, 2023, in an email to Thomas Morgan, Matthew Averill and Brian Reaney resigned from The Morgan Law Group effective immediately.

5.

During their employment with The Morgan Law Group, Matthew Averill and Brian Reaney assisted with the management of cases filed by The Morgan Law Group's Louisiana clients, primarily consisting of hurricane property damage claims.

6.

Prior to their resignation from The Morgan Law Group, Matthew Averill and Brian Reaney accessed and downloaded data from the Louisiana client files maintained in The Morgan Law Group's case file database including those with whom they had no significant client or personal contacts.

7.

At least as early as the morning after their resignation from The Morgan Law Group, Matthew Averill and Brian Reaney began directly soliciting The Morgan Law Group's Louisiana clients, including those with whom they had no significant client or personal contacts.

8.

In their communications with The Morgan Law Group's Louisiana clients, Matthew Averill and Brian Reaney misrepresented to the clients that The Morgan Law Group would not have an attorney licensed in Louisiana to handle their cases and that the clients would lose their cases or suffer detrimental consequences if they maintained representation by The Morgan Law Group, in violation of Rule 7.4 of the Louisiana Rules of Professional Conduct.

9.

Prior to their resignation from The Morgan Law Group, Matthew Averill and Brian Reaney delayed the processing and/or payment of settlements in cases in which a settlement agreement in principle had been reached and/or delayed the entry of data regarding those pending settlements

into The Morgan Law Group's case management database in anticipation of their resignation from The Morgan Law Group and solicitation of The Morgan Law Group's Louisiana clients.

10.

Matthew Averill and Brian Reaney, through their counsel, have expressed an intention to continue contacting the Louisiana clients of the Morgan Law Group and refused to limit their communications to those clients with whom Matthew Averill and Brian Reaney had significant client or personal contacts.

11.

The Morgan Law Group is therefore suffering immediate and ongoing harm as a result of the actions of Matthew Averill, Brian Reaney, and Averill & Reaney in contacting The Morgan Law Firm's Louisiana clients with whom they have no significant client or personal contacts and in Matthew Averill, Brian Reaney, and Averill & Reaney's continued use of the data extracted from The Morgan Law Group's files prior to their resignation.

13.

The Morgan Law Group submits that it is sustaining and will continue to sustain irreparable injury if this Court does not issue a Temporary Restraining Order until such time that a hearing on a Preliminary Injunction may be had and a Permanent Injunction may be granted on the merits.

14.

The Morgan Law Group is no longer receiving pleadings and filing notices from the Federal Courts in Louisiana and believes that Matthew Averill and Brian Reaney changed their profiles with the federal courts and removed The Morgan Law Group's email contacts from The Morgan Law Group's Louisiana cases.

15.

Thus, The Morgan Law Group reasonably believes that the actions of Matthew Averill, Brian Reaney, and Averill & Reaney will cause irreparable and permanent harm to its representation of its Louisiana clients and its business reputation, and expose it to legal liability.

16.

The Morgan Law Group therefore requests that this Court immediately issue a temporary restraining order and grant a hearing for a preliminary injunction not less than two (2) days nor more than ten (10) days after service of notice, in accordance with Louisiana Code of Civil Procedure Article 3602.

FAX
JUL 13 2023
COPY

17.

The Morgan Law Group asserts that it has incurred attorney fees in connection with seeking this restraining order and injunction and requests that such fees be taxed as costs to be paid by the defendants.

### Actions to Be Enjoined

18.

Plaintiff reasserts all of the allegations set forth hereinabove in Paragraphs 1-17.

19.

The Morgan Law Group seeks to enjoin Matthew Averill, Brian Reaney, and Averill & Reaney from contacting the Louisiana clients of the Morgan Law Group with which they have no significant client or personal contacts.

20.

The Morgan Law Group seeks to enjoin Matthew Averill, Brian Reaney, and Averill & Reaney from making misleading communications to its Louisiana clients regarding The Morgan Law Group's ability to represent them and that maintaining representation with The Morgan Law Group will result in negative consequences for their cases.

21.

The Morgan Law Group seeks to enjoin Matthew Averill, Brian Reaney, and Averill & Reaney from using the data they extracted from The Morgan Law Group case management database prior to their resignation from The Morgan Law Group.

### Request for Temporary Restraining Order and Preliminary Injunctive Relief

22.

Plaintiff reasserts all of the allegations set forth hereinabove in Paragraphs 1-21.

23.

Injunctive relief in the form of a temporary restraining order and a preliminary injunction is requested without bond.

24.

Pursuant to Louisiana Code of Civil Procedure Art. 3601 "[a]n injunction shall be issued in cases where irreparable injury, loss, or damage may otherwise result to the applicant, or in other

FAX
JUL 1 3 2023
COPY

4

cases specifically provided by law" and "[d]uring the pendency of an action for an injunction the court may issue a temporary restraining order..."

25.

Assuming that the Court exercises its discretion to issue the Temporary Restraining Order, The Morgan Law Group requests that it be issued without bond because no monetary loss can be suffered by the Defendants as a result of this Court's issuance of a Temporary Restraining Order.

### Permanent Injunctive Relief

26.

Plaintiff reasserts all of the allegations set forth hereinabove in Paragraphs 1-25.

27.

After a hearing is had on the merits, and should permanent injunctive relief still be necessary, The Morgan Law Group submits that, thereafter, it is entitled to permanent injunctive relief prohibiting Matthew Averill, Brian Reaney, and Averill & Reaney from using any data they extracted from The Morgan Law Group case management database and files prior to their resignation from The Morgan Law Group, from contacting the Louisiana clients of The Morgan Law Group with which they have no significant client or personal contacts, and from making misleading communications to its Louisiana clients regarding The Morgan Law Group's ability to represent them and that maintaining representation with The Morgan Law Group will result in negative consequences for their cases.

WHEREFORE, Plaintiff, The Morgan Law Group prays that:

1. A temporary restraining order, **without bond**, be issued herein, in accordance with law, against Matthew Averill, Brian Reaney, and Averill & Reaney, and prohibiting Defendants from using any data they extracted from The Morgan Law Group case management database and files prior to their resignation from The Morgan Law Group, from contacting the Louisiana clients of The Morgan Law Group with which they have no significant client or personal contacts, and from making misleading communications to its Louisiana clients regarding The Morgan Law Group's ability to represent them and that maintaining representation with The Morgan Law Group will result in negative consequences for their cases as detailed in the "Actions to be Enjoined";

5

FAX
JUL 13 2023
COPY

2. That Defendants show cause within ten (10) days of the filing of this Petition as to why a Preliminary Injunction should not be issued prohibiting Defendants from taking the actions described above; and

3. That in due course, a permanent injunction as prayed for above be issued; and

4. That The Morgan Law Group be awarded all costs and attorney's fees incurred for seeking the requested relief.

Respectfully submitted,
**Brener & Kraus, LLC**

Douglas R. Kraus, Bar #26668
Susannah C. McKinney, Bar #24349
1627 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 302-7802
Facsimile: (504) 304-4759
dkraus@brenerlawfirm.com
smckinney@brenerlawfirm.com
*Attorneys for The Morgan Law Group*

**PLEASE SERVE:**

Matthew Averill
1102 West 22nd Avenue
Covington, Louisiana 70433

And

Brian G. Reaney, II
15780 Irene Road
Folsom, Louisiana 70437

And

Averill & Reaney Counselors At Law, LLC
Through its registered agent for service of process
Matthew Averill
1102 West 22nd Avenue
Covington, Louisiana 70433

6

FAX
JUL 13 2023
COPY

Ex A - State Court Record - p. 7

## AFFIDAVIT/VERIFICATION

STATE OF NEVADA

COUNTY OF CLARK

I, Thomas J. Morgan, Jr., Esq., as founding partner of the Petitioner, The Morgan Law Group, P.A., in the foregoing Petition for Temporary Restraining Order, Preliminary and Permanent Injunction, who, appearing and sworn in before the undersigned Notary Public, does depose and state that I have read the allegations contained therein and declared them to be true and correct to the best of my knowledge, information and belief.

Mr. Morgan further states based on his knowledge, information and belief that prior notice should not be required before the court issues the Temporary Restraining Order requested because Defendants are continuing and have indicated that they will continue to use the files and data extracted from The Morgan Law Group prior to their resignation to contact clients of The Morgan Law Group with whom they have not had significant client or personal contacts, to make misrepresentations to them that The Morgan Law Group does not have a lawyer licensed in Louisiana to handle their cases and that they will lose their cases or suffer other detrimental consequences if they maintain representation with The Morgan Law Group before a hearing can be had and an order issued by the court; further, Mr. Morgan further states based on his knowledge, information and belief that irreparable injury, loss, or damage will result to Petitioner and its clients before Defendants can be heard in opposition to Petitioner's request.

Mr. Morgan further states that he is aware that any false statement made under oath contained in the foregoing petition and this affidavit may constitute perjury.

FAX
JUL 13 2023
COPY

Ex A - State Court Record - p. 8

_Thomas J. Morgan, Jr._

STATE OF NEVADA

COUNTY OF CLARK

SWORN TO AND SUBSCRIBED before me,
Notary Public, on 12th day of July
2023 at Las Vegas, Nevada, by Thomas J. Morgan, Jr.,
On this Affidavit Verification.

NOTARY PUBLIC

MICHAEL J. MOORE
Notary Public, State of Nevada
No. 08-7997-1
My Appt Exp Sept. 11, 202-

FAX
JUL 13 2023
COPY

TWENTY-SECOND JUDICIAL DISTRICT COURT FOR ST. TAMMANY PARISH

STATE OF LOUISIANA

NO.:                                              DIVISION " "

THE MORGAN LAW GROUP

VERSUS

MATTHEW AVERILL, BRIAN G. REANEY, II, AND AVERILL AND REANEY COUNSELORS AT LAW, LLC

FILED _____        _____
                                                                DEPUTY CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### GRANT OF TEMPORARY RESTRAINING ORDER

**CONSIDERING THE ABOVE AND FOREGOING**, verified Petition for Preliminary and Permanent Injunction and Request for Temporary Restraining Order, the applicable law, and upon a clear finding that Plaintiff will suffer immediate and irreparable loss and damages before the adverse party or their attorney can be heard in opposition:

**IT IS ORDERED, ADJUDGED AND DECREED THAT:**

1. A Temporary Restraining Order be issued and/or set, without Bond, or Bond shall be waived, as no monetary loss can be suffered by Defendant in such instance; and

2. Matthew Averill, Brian G. Reaney, II and Averill & Reaney Counselors at Law, LLC, are enjoined, restrained and prohibited from using any data they extracted from The Morgan Law Group case management database and files prior to their resignation from The Morgan Law Group, from contacting the Louisiana clients of The Morgan Law Group with which they have no significant client or personal contacts, and from making misleading communications to its Louisiana clients regarding The Morgan Law Group's ability to represent them and that maintaining representation with The Morgan Law Group will result in negative consequences for their cases as detailed in the "Actions to be Enjoined".

*Signature and Service on Page 2*

**FAX**
**JUL 13 2023**
**COPY**

1

Ex A - State Court Record - p. 10

Respectfully submitted,
Brener & Kraus, LLC

_____
Douglas R. Kraus, Bar #26668
Susannah C. McKinney, Bar #24349
1627 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 302-7802
Facsimile: (504) 304-4759
*dkraus@brenerlawfirm.com*
*smckinney@brenerlawfirm.com*
*Attorneys for The Morgan Law Group*

**PLEASE SERVE:**

Matthew Averill
1102 West 22nd Avenue
Covington, Louisiana 70433

And

Brian G. Reaney, II
15780 Irene Road
Folsom, Louisiana 70437

And

Averill & Reaney Counselors At Law, LLC
Through its registered agent for service of process
Matthew Averill
1102 West 22nd Avenue
Covington, Louisiana 70433

FAX
JUL 13 2023
COPY

2

## TWENTY-SECOND JUDICIAL DISTRICT COURT FOR ST. TAMMANY PARISH

## STATE OF LOUISIANA

NO.: _____                                                  DIVISION " "

### THE MORGAN LAW GROUP

### VERSUS

### MATTHEW AVERILL, BRIAN G. REANEY, II, AND AVERILL AND REANEY COUNSELORS AT LAW, LLC

FILED _____          _____
                                                                           **DEPUTY CLERK**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### RULE TO SHOW CAUSE ON PRELIMINARY INJUNCTION AND PERMANENT INJUNCTION

**CONSIDERING THE ABOVE AND FOREGOING**, verified Petition for Preliminary and Permanent Injunction and Request for Temporary Restraining Order, the applicable law, and upon a clear finding that Plaintiff will suffer immediate and irreparable loss or damages before the adverse party or their attorney can be heard in opposition:

**IT IS ORDERED, ADJUDGED AND DECREED,** that Defendants, Matthew Averill, Brian G. Reaney, II and Averill & Reaney, Counselors at Law, LLC, show cause on the _____ day of _____, 2023 at _____ o'clock, ___m. as to why a Preliminary Injunction and and Permanent Injunction should not be entered by this Honorable Court.

Signed on this _____ day of _____, 2023, in Covington, Louisiana at _____ o'clock __m.

                                                            _____
                                                                           **J U D G E**

*Service and Signature on Page 2*

FAX
JUL 1 3 2023
COPY

1

Ex A - State Court Record - p. 12

Respectfully submitted,
**Brener & Kraus, LLC**

_[signature]_

Douglas R. Kraus, Bar #26668
Susannah C. McKinney, Bar #24349
1627 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 302-7802
Facsimile: (504) 304-4759
_dkraus@brenerlawfirm.com_
_smckinney@brenerlawfirm.com_
*Attorneys for The Morgan Law Group*

**PLEASE SERVE:**

Matthew Averill
1102 West 22nd Avenue
Covington, Louisiana 70433

And

Brian G. Reaney, II
15780 Irene Road
Folsom, Louisiana 70437

And

**Averill & Reaney Counselors At Law, LLC**
**Through its registered agent for service of process**
**Matthew Averill**
**1102 West 22nd Avenue**
**Covington, Louisiana 70433**

FAX
JUL 13 2023
COPY

2

9503847900    Case 2:23-cv-02530-WBV-DPC   Document 1-2   Filed 07/15/23   Page 14 of 16   P.01/01

# TRANSACTION REPORT

JUL/13/2023/THU 09:54 AM

FAX(RX)

| # | DATE | START T. | SENDER | COM.TIME | PAGE | TYPE/NOTE | FILE |
|---|---|---|---|---|---|---|---|
| 001 | JUL/13 | 09:48AM | 5043044759 | 0:05:19 | 13 | OK          ECM | 9758 |

FAX

JUL 13 2023

COPY

Ex A - State Court Record - p. 14

# Katie Gilly

| | |
|---|---|
| **From:** | notifier@faxfinder.cloud |
| **Sent:** | Thursday, July 13, 2023 10:29 AM |
| **To:** | Katie Gilly |
| **Subject:** | Delivery Complete: DOUGLAS R KRAUS |
| **Attachments:** | 3847996024538.DOCUMENT.pdf |

Message # 1840873

**Delivery Information:**

Message #:  1840873

Recipient Name:  DOUGLAS R KRAUS
Recipient Company:

Delivery Date:  7/13/2023
Total Pages:  2
Transmit Time:  1 min : 13 sec

---

Delivered by **FaxFinder**

Effective August 1st, 2021 all faxes older than 90 days will be purged.  Be sure to save any older faxes you need.

1



*Melissa R. Henry*

**CLERK OF COURT**
22nd **Judicial District Court**
**Parish of St. Tammany**

---

Save Time and **E-FILE!** VISIT WWW.STTAMMANYCLERK.ORG

This outgoing fax confirmation phone number does not accept fax filing

| | |
|---|---|
| DATE OF CONFIRMATION: 07-13-23 | FROM: St. Tammany Parish Clerk of Court |
| TO: DOUGLAS R KRAUS | PHONE: 985-809-8700 |
| FILING PARTY: MORGAN LAW GROUP PA | FAX: 985-809-8777 |

FAX#: 504-304-4759

DATE FAX FILING RECEIVED: 07/13/23

SUIT CAPTION: MORGAN LAW GROUP VS MATTHEW AVERILL ET AL

DOCUMENT RECEIVED: PETITION FOR INJUNCTION

☐ Duplicate    ☐ Incomplete

SUIT NUMBER: 2023-13560 C          **TOTAL AMOUNT DUE: $ 800**

### RECEIPT OF TRANSMISSION

PLEASE ATTACH THIS FAXED RECEIPT OF TRANSMISSION TO THE FRONT PAGE OF THE ORIGINAL PLEADINGS WHEN FILING TO ENSURE THAT THE ORIGINALS ARE FILED IN THE SAME SUIT AS THE FAX FILING.
**PLACE NEW SUIT NUMBER ON ALL PLEADINGS.**

**La. R.S. 13:850.** Facsimile transmission; filings in civil actions; fees; equipment and supplies

A. Any **document** in a civil action may be filed with the clerk of court by facsimile transmission. All clerks of court shall make available for their use equipment to accommodate facsimile filing in civil actions, and the clerks of court shall not intentionally turn off or disconnect the equipment used to receive facsimile filings. *Filing shall be deemed complete on the date and time indicated on the clerk of court facsimile transmission receipt.* No later than on the first business day after receiving a facsimile filing, the clerk of court shall transmit to the filing party via facsimile a confirmation of receipt and include a statement of the fees for the facsimile filing and filing of the original document. The facsimile filing fee and transmission fee are incurred upon receipt of the facsimile filing by the clerk of court and payable as provided in Subsection B of this Section. The facsimile filing shall have the same force and effect as filing the original document, if the filing party complies with Subsection B of this Section.

B. Within seven days, exclusive of legal holidays, after the clerk of court receives the facsimile filing, all of the following shall be delivered to the clerk of court:

(1) The original document identical to the facsimile filing in *number of pages and in content of each page including any attachments, exhibits, and orders.* A document not identical to the facsimile filing or which includes pages not included in the facsimile filing shall not be considered the original document.
(2) The fees for the facsimile filing and filing of the original document stated on the confirmation of receipt, if any. (This charge includes fees for (a) filing the faxed documents, (b) fax confirmation fee of $15.00 and (c) fee for filing of the original pleadings.)
(3) A transmission fee of five dollars.

C. **If the filing party fails to comply with any of the requirements of Subsection B of this Section, the facsimile filing shall have no force or effect.** The various district courts may provide by court rule for other matters related to filings by facsimile transmission.

PLEASE CALL THE CLERK'S OFFICE IF YOU HAVE ANY QUESTIONS.
ATTENTION FILING CLERK
THIS IS THE ORIGINAL OF A PREVIOUSLY FAXED PLEADING.